1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| TAMMY VO, | CASE NO.  3:09-cv-00654-LRH-VPC |
| Plaintiff, | **ORDER GRANTING** |
| v. | **MOTION TO EXPUNGE LIS PENDENS IN** |
| | **PREVIOUSLY DISMISSED ACTION** |
| AMERICAN BROKERS CONDUIT, a New York Corporation; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., a Delaware Corporation; FIRST CENTENNIAL TITLE, JEANETTE WILLIAMS, individually; LISA MYERS, individually; KATRINA WILLIAMS, individually; AURORA LOAN SERVICES, a Colorado Corporation; SPECIALIZED LOAN SERVICING LLC, a Colorado Corporation, QUALITY LOAN SERVICE CORPORATION, a California Corporation, and FCDB LBPL 2008-1 and RCDB PL REO LLC, DOE 1-25 CORPORATIONS, DOES and ROES 1-25, [Partnerships, or anyone claiming any interest to the property described in the action. | |
| Defendants. | |

This case having been dismissed, Defendant, AURORA LOAN SERVICES, LLC, having filed a Motion to Expunge Lis Pendens on October 11, 2011, the Court having considered the moving papers, its own files and good cause appearing therefore, orders as follows:

    1.    The Court grants Defendant's Motion to Expunge Lis Pendens and enters an order

1

1  expunging, canceling, and discharging the "Notice of LIS PENDENCE [sic]" recorded on
2  September 18, 2009 with the Washoe County Recorder's Office as Document No. 3802980 as to a
3  certain parcel of real property with APN No. 026-032-16.
4      IT IS THEREFORE ORDERED that Defendant's Motion to Expunge Lis Pendens is hereby
5  granted.
6      IT IS THEREFORE ORDERED the Notice of Pendency of Action or Lis Pendens recorded
7  by the Plaintiff in relation to this matter, as Document No. 3802980 as to a certain parcel of real
8  property with APN No. 026-032-16 shall be expunged.
9      IT IS FURTHER ORDERED that a copy of this Order can be recorded at the Washoe
10 County Recorder's Office in the applicable chain of title.

    Dated this 7th day of March, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE